UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
1:24-cv-254-MOC

| | |
|---|---|
| JANE DOE, *L.Y*, | ) |
| JUNE DOE, *A.D.* | ) |
|       Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| TRAILS ACADEMY, LLC, et al., | ) |
| | ) |
|       Defendants. | ) |
| _____ | ) |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
1:24-cv-253-MOC

| | |
|---|---|
| JOHN DOE, *M.D.Y.*, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TRAILS ACADEMY, LLC, et al., | ) |
| | ) |
|       Defendants. | ) |
| _____ | ) |

## ORDER

**THIS MATTER** is before the Court on its own motion following the filing of Defendants' Motion to Dismiss or Otherwise Compel Arbitration, (1:24cv254, Doc. No. 24); 1:24cv253, Doc. No. 31). Plaintiffs have filed a response, in which Plaintiffs request, among other things, that this Court give Plaintiffs the opportunity to engage in limited discovery related to their defenses to the enforceability of the arbitration clause in this matter.

Here, it appears to the Court on initial review of the pleadings in support of the motion to

1

dismiss or compel arbitration that the arbitration clause at issue in this case does apply, and the parties must participate in arbitration. However, in an abundance of caution, the Court will grant Plaintiffs' request to conduct <u>limited discovery into whether Plaintiffs have defenses to bar the enforceability of the arbitration clause at issue in this case</u>.

**IT IS, THEREFORE, ORDERED** that:

1. The parties shall conduct limited discovery related only to Plaintiffs' defenses to the enforceability of the arbitration clause at issue in this matter. When the limited discovery has ended, Plaintiffs may file a supplemental brief on the motion to dismiss. Defendants shall then have 30 days from that date in which to file their own brief.

2. The Clerk is respectfully instructed to file this Order in Cases 1:24cv253 and 1:24cv254.

Signed: May 20, 2025

Max O. Cogburn Jr.
United States District Judge