UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-254-MOC

| | |
|---|---|
| **JANE DOE, L.Y.,** | ) |
| **JUNE DOE, A.D.,** | ) |
| **Plaintiffs,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **TRAILS ACADEMY, LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**THIS MATTER** comes before the Court on Defendants' Motion to Dismiss or Otherwise Compel Arbitration. (Doc. No. 24). The Court **GRANTS** the motion to compel arbitration for the reasons already discussed exhaustively in the related case of Doe v. Trails Academy, LLC, which involved the same arbitration clause and the same named Defendants. See Court Order, Doc. No. 51, Case No.1:24cv253. As the Court did in the other Trails Academy case, rather than dismissing this action, the Court will stay this case while the parties engage in arbitration.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Compel Arbitration, (Doc. No. 24), is **GRANTED** to the extent that the Court orders the parties to proceed with arbitration, and this matter will be **STAYED** pending arbitration proceedings.

Signed: September 9, 2026

Max O. Cogburn Jr
United States District Judge